AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | Case No.  2:18-mj-459-GWF |
| v. | ) | |
| | ) | |
| RIGOBERTO CALDERON-MOLINA | ) | |
| *Defendant* | ) | |

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George Foley Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | April 27, 2018 at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Apr 26, 2018

*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*