TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Rigoberto Calderon-Molina*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>RIGOBERTO CALDERON-MOLINA,<br><br>     Defendant. | Case No.: 2:18-cr-00141-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 57 |

## **<u>FINDINGS OF FACT</u>**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. Due to the current COVID-19 situation, Mr. Leventhal has had limited time in finalizing the sentencing memorandum and gathering support letters from Mr. Calderon's family and friends.
4. Additionally, denial of the continuance could result in a miscarriage of justice.

3

## **ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for November 16, 2020 at the hour of 1:30 p.m., is vacated and continued to January 25, 2021, at the hour of 11:00 a.m.

DATED this 12th day of November 2020.

BY: _____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge

4