NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6522
Fax: 702-388-6698
Travis.Leverett@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO CALDERON-MOLINA,<br><br>Defendant. | Case No.: 2:18-cr-00141-JAD-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Rigoberto Calderon-Molina, that the Sentencing date currently scheduled for January 25, 2021 at 11:00 a.m. be continued to a time convenient to this Court, but no sooner than 30 days from the date of this stipulation.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not object to the continuance.

2. The parties agree to the continuance.

3. The requested time is not for purposes of delay. Counsel for the government needs additional time to review and respond to the defendant's sentencing memorandum.

This is the second stipulation to continue the Sentencing date.

DATED: January 22, 2021

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By   /s/ *Todd M. Leventhal*         By   /s/*Travis Leverett*
TODD M. LEVENTHAL               TRAVIS LEVERETT
Counsel for Defendant               Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIGOBERTO CALDERON-MOLINA,<br><br>　　　　　Defendant. | Case No.: 2:18-cr-00141-JAD-EJY<br><br>**ORDER** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.
3. Counsel for the government needs additional time to review and respond to the defendant's sentencing memorandum.
4. Additionally, denial of the continuance could result in a miscarriage of justice.

## ORDER

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for January 25, 2021, at the hour of 11:00 a.m., is vacated and continued to March 15, 2021, at the hour of 10:00 a.m.

DATED this 22nd day of January 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

3